IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 27 2008

JOHN F. CORCORAN, CLERK
BY: /s/
  DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 7:03CR00071<br>CASE NO. 7:03CR00101<br>CASE NO. 7:03CR00122 |
| v. | 2255 FINAL ORDER |
| JEROME D. BROWN | By: James C. Turk<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice as successive and the case is hereby stricken from the active docket.

ENTER: This 27th day of May, 2008.

/s/ James C. Turk
Senior United States District Judge